UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CASE NO. 4:22-cr-440 |
| vs. § | |
| § | |
| (1) SOHIL USMANGANI VAHORA, § | |
|     aka Sam aka Bapu, § | |
| (2) ZAHEEN RAFIKBHAI MALVI, § | |
|     aka Zaheen Ganchi aka Zak, and § | |
| (3) AMIRSINH DIWAN § | |
|     aka Hasan aka Hassan, § | |
| § | |
|         Defendants. § | |

## MOTION TO UNSEAL

The United States respectfully moves this Honorable Court to unseal the Indictment and all other documents on file under this case. The documents were originally sealed pending the arrest of all defendants, who were considered by the Government to be a risk of flight. The Government has been informed that all defendants are now in custody, and the case no longer requires sealing.

        Respectfully Submitted,

        JENNIFER B. LOWERY
        United States Attorney
        Southern District of Texas

By:   */s/ Stephanie Bauman*
       Stephanie Bauman
       Assistant United States Attorney
       SDTX Federal No. 705181
       Texas State Bar No. 24055344
       1000 Louisiana, Suite 2300
       Houston, Texas 77002
       Telephone (713) 567-9419