United States District Court
Southern District of Texas
**ENTERED**
October 14, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | 4:22-cr-00440-2 |
| | § | |
| ZAHEEN RAFIKBHAI MALVI | § | . |
| | § | |
| | § | |

## ORDER OF DETENTION PENDING TRIAL

A hearing in this matter was held on October 14, 2022. Assistant United States Attorney Stephanie Bauman appeared on behalf of the United States; Charles Banker appeared on behalf of Defendant Malvi. At the hearing, Defendant acknowledged that he understands his right to a prompt detention hearing and to require the Government to meet its burden of proving that no conditions of release exist which will reasonably assure his appearance in court and the safety of the community. Defendant knowingly and voluntarily waived that right, on the record and through counsel. For good cause shown, Defendant's request to waive the detention hearing is hereby **GRANTED**.

It is therefore **ORDERED** that:

(1) Defendant be detained pending trial;

(2) Defendant be committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility

separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal.

(3) Defendant be afforded a reasonable opportunity to consult privately with counsel for his defense; and

(4) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility deliver Defendant to the United States marshal for a court appearance.

Signed on October 14, 2022, at Houston, Texas.

                                                                _____
                                                                 Yvonne Y. Ho
                                                              United States Magistrate Judge