UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CASE NO. 4:22-CR-440 |
| vs. | § |
| | § |
| (1) SOHIL USMANGANI VAHORA, | § |
| AKA SAM AKA BAPU, | § |
| (2) ZAHEEN RAFIKBHAI MALVI, | § |
| AKA ZAHEEN GANCHI AKA ZAK, AND | § |
| (3) AMIRSINH DIWAN | § |
| AKA HASAN AKA HASSAN, | § |
| | § |
| Defendants. | § |

## ORDER

The Court has considered the Unopposed Motion to Continue Scheduling Order filed by Defendant Amirsinh Diwan.

The Court hereby **GRANTS** the motion, and **ORDERS** the following updated deadlines for the Scheduling Order in the case:

MOTIONS will be filed by: May 26, 2023

Responses to be filed by: June 9, 2023

PRETRIAL CONFERENCE is set for June 20, 2023 at 8:30am

JURY TRIAL set for June 26, 2023 at 9:00am

Signed on April 7, 2023.

Andrew S. Hanen
United States District Judge