```
 1                IN THE UNITED STATES DISTRICT COURT

 2                FOR THE SOUTHERN DISTRICT OF TEXAS

 3                        HOUSTON DIVISION

 4   UNITED STATES                §     CASE NO. 4:22-cr-440
                                  §     HOUSTON, TX
 5   VERSUS                       §     WEDNESDAY,
                                  §     OCTOBER 19, 2022
 6   SOHIL USMANGANI VAHORA       §     1:19 p.m. to 1:22 p.m.

 7                          ARRAIGNMENT

 8          BEFORE THE HONORABLE DENA HANOVICE PALERMO
                 UNITED STATES MAGISTRATE JUDGE
 9
                           APPEARANCES:
10

11      FOR THE PARTIES:              SEE NEXT PAGE

12      ELECTRONIC RECORDING OFFICER: SHANNON HOLDEN

13      COURT CLERK:                  CAROL FELCHAK

14

15

16

17

18

19

20

21                 TRANSCRIPTION SERVICE BY:

22                  Veritext Legal Solutions
                 330 Old Country Road, Suite 300
23                     Mineola, NY 11501
              Tel: 800-727-6396 ▼ www.veritext.com
24
       Proceedings recorded by electronic sound recording; transcript
25                produced by transcription service.
```

```
 1                        APPEARANCES:

 2   FOR THE PLAINTIFF:          OFFICE OF U.S. ATTORNEY
                                 Adam Goldman
 3                               1000 Louisiana
                                 Suite 2300
 4                               Houston, TX 77002
                                 713-567-9419
 5

 6   FOR THE DEFENDANT:          R. CHRISTOPHER GOLDSMITH
                                 Attorney at Law
 7                               440 Louisiana
                                 Suite 900
 8                               Houston, TX 77002
                                 713-223-1001
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            HOUSTON, TEXAS; WEDNESDAY, OCTOBER 19, 2022; 1:19 PM
 2            THE COURT:  Call the next case, the United States of
 3   America versus Sohil Usmangani Vahora, 4:22-cr-440.
 4            MR. GOLDSMITH:  Chris Goldsmith for Mr. Vahora, Your
 5   Honor.  Good afternoon.
 6            THE COURT:  Good afternoon.
 7            MR. GOLDMAN:  And, Your Honor, Aaron Goldman on
 8   behalf of Stephanie Bauman for the United States.
 9            THE COURT:  Thank you.  All right.  So, we're again
10   on this one for an arraignment.
11            MR. GOLDSMITH:  Yes, Your Honor.
12            THE COURT:  Okay.  Where is -- is it Mr. or Ms.
13   Vahora?
14            MR. GOLDSMITH:  Mr. Vahora, Your Honor.
15            THE COURT:  And where is he?
16            MR. GOLDSMITH:  He --
17            CLERK:  He's in the courtroom but he's in regular
18   clothes.  They are moving him from one facility to another.
19            THE COURT:  Okay --
20            CLERK:  (indiscernible) unmute?
21            THE COURT:  Yeah.  (indiscernible) unmute.  Okay.
22   So, there we go.
23            CLERK:  But he is detained.  He's been detained.
24            THE COURT:  Oh, he's not out on bond?
25            CLERK:  No.  (Indiscernible).
```

```
 1             THE COURT:  Okay.  All right.  So, the first thing I
 2   need to do, Mr. Vahora, is get you to agree to proceed by
 3   video.  You are in the courtroom but everybody else on this
 4   hearing is proceeding by video from various places because of
 5   the pandemic.  Do you agree to go forward with this hearing by
 6   video?
 7             MR. VAHORA:  Yes, Your Honor.
 8             THE COURT:  Okay.  So, let the record reflect that
 9   Mr. Vahora has agreed to go forward by video.  And Mr.
10   Goldsmith, do you waive formal reading of the charges?
11             MR. GOLDSMITH:  We do, Your Honor.
12             THE COURT:  Okay.  Mr. Vahora, have you had a chance
13   to discuss the charges against you with your attorney?
14             MR. VAHORA:  Yes, ma'am.
15             THE COURT:  And do you understand the charges against
16   you?
17             MR. VAHORA:  Yes, ma'am.
18             THE COURT:  All right.  And so, are you ready to
19   enter a plea at this time, yes or no?
20             MR. VAHORA:  Not guilty.
21             THE COURT:  Not guilty.  Okay.  Not guilty plea has
22   been entered on your behalf.  Your case is set before Judge
23   Hanen.  You are set for trial on December 19th at 9:00 a.m.
24   How long to try the case, Mr. Goldman?
25             MR. GOLDMAN:  About two weeks, Your Honor.
```

```
 1                THE COURT:  Okay.  Anything else we need to do at
 2   this time for Mr. Vahora?
 3                MR. GOLDSMITH:  Yes, Your Honor --
 4                MR. GOLDMAN:  (indiscernible) oh, sorry.
 5                MR. GOLDSMITH:  As Mr. Vahora is being moved from the
 6   Joe Corley Detention Center to presumably the federal detention
 7   center today, could you ask the marshals if he could give me a
 8   call when he's returned to the marshal's office, as he will be
 9   put in isolation at FDC?
10                THE COURT:  Okay.  So, who's in the courtroom for the
11   marshal service?
12                MARSHAL:  We can do that, Your Honor.
13                THE COURT:  Okay.  Great.  So, he'll be allowed to
14   call you.  Does Mr. Vahora have your phone number?  Mr. Vahora,
15   do you have your attorney's phone number?
16                MR. VAHORA:  No (indiscernible) number.  He told me
17   that he's going to give it to my wife.
18                MR. GOLDSMITH:  I did give it to your -- to his wife
19   but (indiscernible).
20                THE COURT:  Okay.  Carol -- Carol, can you give it --
21   give him the phone number so that he can call from
22   (indiscernible)?
23                CLERK:  Yes, I will.
24                THE COURT:  Okay.  Okay.  So, Carol will give you the
25   phone number, so you'll be able to call.  All right.  You're
```

1    excused.  Thank you and best of luck, Mr. Vahora.
2              MR. VAHORA:  Thank you, Your Honor.
3              THE COURT:  Thank you.
4         (Hearing adjourned at 1:22 p.m.)
5                        * * * * *

```
 1                    C E R T I F I C A T I O N
 2
 3       I, Sonya Ledanski Hyde, court-approved transcriber,
 4   certify that the foregoing is a correct transcript from the
 5   official electronic sound recording of the proceedings in the
 6   above-entitled matter.
 7
 8   [signature: Sonya M. Ledanski Hyde]
 9
10   Sonya Ledanski Hyde
11
...
20   Veritext Legal Solutions
21   330 Old Country Road
22   Suite 300
23   Mineola, NY 11501
24
25   Date:  May 21, 2025
```